IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| J&J SPORTS PRODUCTIONS, INC. | : CIVIL ACTION |
|---|---|
| v. | : |
| | : NO. 17-4046 |
| TIMOTHY ALLEN, *et al* | : |

## ORDER

AND NOW, this 13th day of March 2018, following the Clerk's December 9, 2017 entry of default against all served Defendants, our February 16, 2018 evidentiary hearing on damages noticed to the served Defendants (ECF Doc. No. 21), our February 16, 2018 Order noticed to the served Defendants (ECF Doc. No. 25), our scrutiny of Plaintiff's invoices (ECF Doc. No. 27-2), for reasons in the accompanying Memorandum and as incorporated in today's Judgment, it is **ORDERED:**

1. Plaintiff's uncontested Application for default judgment against all served Defendants (ECF Doc. No. 13) is **GRANTED**;

2. Plaintiff's uncontested Motion for costs and attorneys' fees (ECF Doc. No. 27) is **GRANTED** and, following our independent review of the reasonableness and necessity of the attorney time and costs, we award **$7,382.72** in reasonable attorneys' fees and out of pocket expenses.

KEARNEY, J.